UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2013 SEP 25 P 2: 13

Dennis Olivares

vs.

Raush, Sturm, Israel, Enerson & Hornick, LLC

Case No.: SA12CA1071 H

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Kevin T. Crocker__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Defendant__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Kevin T. Crocker of Barron & Newburger, P.C.__ with offices at:

    Mailing address: __1212 Guadalupe, Suite 104__

    City, State, Zip Code: __Austin, Texas 78701__

    Telephone: __512-476-9103, ext. 222__    Facsimile: __512-476-9253__

2. Since __November 1, 1991__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__.

    Applicant's bar license number is __05087250__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. District Court (N.D. of Texas) | August 26, 1992 |
    | US District Court (S.D. of Texas) | August 18, 1998 |
    | US District Court (E.D. of Texas) | December 28, 2000 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

Not applicable.

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

None/Not Applicable

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None/Not Applicable.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __Manuel H. Newburger of Barron & Newburger, P.C.__

Mailing address: __1212 Guadalupe, Suite 104__

City, State, Zip Code: __Austin, Texas 78701__

Telephone: __(512) 476-9103, ext. 216__

Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Kevin T. Crocker__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kevin T. Crocker
[printed name of Applicant]

*Kevin T. Crocker*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __25__ day of __September__, __2013__.

Kevin T. Crocker
[printed name of Applicant]

*Kevin T. Crocker*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Dennis Olivares

vs.                              Case No.: **SA12CA1071H**

Raush, Sturm, Israel, Enerson & Hornick, LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kevin T. Crocker, counsel for Defendant, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kevin T. Crocker may appear on behalf of Defendant in the above case.

IT IS FURTHER ORDERED that Kevin T. Crocker, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the 25 day of September, 20 13.

_____
UNITED STATES MAGISTRATE JUDGE

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500022551
Cashier ID: dgarci
Transaction Date: 09/25/2013
Payer Name: KEVIN T. CROCKER, ATTORNEY
-------------------------------------
PRO HAC VICE
 For: KEVIN T. CROCKER
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:        $25.00
-------------------------------------
CHECK
 Check/Money Order Num: 5733
 Amt Tendered:   $25.00
-------------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

SA-12-CA-1071. DENNIS OLIVARES V.
RAUSH, STURM, ISRAEL, ENERSON &
HORNICK, LLC.

(PRO HAC VICE FOR KEVIN T.
CROCKER).
```