IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENNIS OLIVARES,<br>    Plaintiff | §<br>§<br>§<br>§ | |
| VS. | § | CASE NO. 5:12-cv-01071-HLH |
| | § | |
| RAUSCH, STURM, ISRAEL,<br>ENERSON & HORNIK, LLC,<br>    Defendant | §<br>§<br>§<br>§ | |

## STIPULATION TO ENTRY OF FINAL JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Dennis Olivares ("Plaintiff") and Rausch, Sturm., Israel, Enerson & Hornik, LLC ("Defendant") stipulate to the entry of the judgment attached as Exhibit A to this stipulation. Plaintiff represents that he has been advised by counsel regarding this stipulation and that in reliance solely upon such advice and his own investigation of the facts and law requests that the Court grant such judgment. Defendant joins in that request.

Respectfully submitted,

*Dennis Olivares* (signature)
Dennis Olivares
10935 Whisper Ridge
San Antonio, Texas 78230
210) 492-1439
seravilo@netzero.net
PLAINTIFF PRO SE

/s/   Manuel H. Newburger
Manuel H. Newburger
Barron & Newburger, P.C.
TBN 14946500
1212 Guadalupe, Suite 104
Austin, TX 78701
Tel: 512-476-9103, x-216
Fax: 512-279-0310
mnewburger@bn-lawyers.com
ATTORNEY FOR DEFENDANT