IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

DENNIS OLIVARES                    §
                                   §
                    Plaintiff      §
                                   §
v.                                 §        No. SA-12-CA-1071
                                   §
RAUSCH STURM ISRAEL ENERSON        §
& HORNICK, LLC                     §
                                   §
                    Defendant      §
                                   §

## JUDGMENT

In accordance with the stipulation for entry of judgment (Docket No. 59) filed herein on October 31, 2013,

IT IS ORDERED, ADJUDGED, AND DECREED that the Order Regarding Motion for Attorneys' Fees (Docket No. 47) previously entered herein be, and it is hereby, WITHDRAWN AND VACATED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment be, and it is hereby, ENTERED in favor of the Defendant, and that the Plaintiff take nothing by his suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party bear his own costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted be, and it is hereby, DENIED.

SIGNED AND ENTERED this /1st day of November, 2013.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE